# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Donna Slack )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>Equifax Information Services, LLC *et al.* )<br>    *Defendants* )<br>) | Case No.  5:17-cv-00303-KKC |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

Please take notice that Plaintiff, Donna Slack, has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James R. McKenzie**
**James H. Lawson**
*Credit Defense Attorneys, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: james@creditdefenseky.com
E-mail: hays@creditdefenseky.com
*Counsel for Plaintiff*
*Donna Slack*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 13th day of September, 2017, which will send a Notice of Electronic Filing to all counsel of record.

                        /s/ James H. Lawson
                        *Counsel for Plaintiff*
                        *Donna Slack*