# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Donna Slack ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 5:17-cv-00303-KKC |
| ) | |
| Equifax Information Services, LLC *et al.* ) | |
|     *Defendants* ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donna Slack and Defendant Equifax Information Services, LLC hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiffs' claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

/s/ James H. Lawson                                         /s/ John M. Williams (by permission)
**James H. Lawson**                                         **John M. Williams**
*Lawson at Law, PLLC*                                       *Williams, Kilpatrick & True, PLLC*
115 S. Sherrin Avenue, Suite 5                              3151 Beaumont Centre Circle, Suite 375
Louisville, KY 40207                                        Lexington, KY 40513
Tel:   (502) 473-6525                                       Tel:   (859) 245-1059
Fax:   (502) 473-6561                                       Tel:   (859) 245-1231
james@kyconsumerlaw.com                                     williams@rwktlaw.com
*Counsel for Plaintiff*                                     *Counsel for Defendant*
*Donna Slack*                                               *Equifax Information Services, LLC*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:	(502) 371-2179
Fax:	(502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Donna Slack*