# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Donna Slack ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 5:17-cv-00303-KKC |
| ) | |
| Equifax Information Services, LLC *et al.* ) | |
|     *Defendants* ) | |
| ) | |

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Donna Slack and Defendant Equifax Information Services, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Equifax Information Services, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Donna Slack's claims against Defendant Equifax Information Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. This Order does not affect, and is not intended to affect, Plaintiffs' claims against any other Defendant in this action.

APPROVED BY:

/s/ James H. Lawson  
**James H. Lawson**  
*Lawson at Law, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207  
Tel:    (502) 473-6525  
Fax:   (502) 473-6561  
james@kyconsumerlaw.com  
*Counsel for Plaintiff*  
*Donna Slack*

James R. McKenzie  
*James R. McKenzie Attorney, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207  
Tel:    (502) 371-2179  
Fax:   (502) 257-7309  
jmckenzie@jmckenzielaw.com  
*Counsel for Plaintiff*  
*Donna Slack*

/s/ John M. Williams (by permission)  
**John M. Williams**  
*Williams, Kilpatrick & True, PLLC*  
3151 Beaumont Centre Circle, Suite 375  
Lexington, KY 40513  
Tel:    (859) 245-1059  
Tel:    (859) 245-1231  
williams@rwktlaw.com  
*Counsel for Defendant*  
*Equifax Information Services, LLC*