UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| DONNA SLACK ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO.  5:17-cv-00303-KKC-REW |
| ) | |
| GLA COLLECTION CO., INC. ) | |
| ) | |
| Defendant ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Donna Slack, by counsel, James H. Lawson, of the law firm of Lawson at Law, PLLC, and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Donna Slack and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs.  It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Co., Inc.

| | |
|---|---|
| /s/ James H. Lawson (by consent) | /s/ William E. Smith, III |
| James H. Lawson | William E. Smith, III |
| Lawson at Law, PLLC | Kightlinger & Gray, LLP |
| 115 S. Sherrin Ave., Ste. 5 | 3620 Blackiston Blvd., Ste 200 |
| Louisville, KY  40207 | New Albany, IN 47150 |
| (502)-473-6525 | (812) 949-2300 |
| james@kyconsumerlaw.com | wsmith@k-glaw.com |
| Counsel for Plaintiff | Counsel for Defendant, GLA Collection Co., Inc.. |