# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF KENTUCKY
# (LEXINGTON DIVISION)
*Electronically filed*

| | |
|---|---|
| DONNA SLACK )<br>          Plaintiff )<br>)<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC; TRANS UNION, LLC; GLA )<br>COLLECTION CO., INC.; ONE MAIN )<br>FINANCIAL SERVICES, INC.; and )<br>RESURGENT CAPITAL SERVICES, LP )<br>          Defendants. ) | Civil Action No. 5:17-cv-303-KKC |

## **AGREED ORDER OF PARTIAL DISMISSAL**

Plaintiff, Donna Slack, and Defendant, OneMain Financial Services, Inc. (the correct entity is OneMain Financial Group, LLC) (collectively "Parties") have reached a settlement agreement in this action. The Parties having agreed and the Court being in all ways sufficiently advised and informed, it is hereby ORDERED that all claims by, among and between the Parties are dismissed in their entirety with prejudice, with each party to bear its respective costs. This order does not impact the Plaintiff's pending claims against other parties in this matter.

HAVING SEEN AND AGREED TO:

/s/ Lauren D. Lunsford
Lauren D. Lunsford, Esq.
*Counsel for Defendant, One Main Financial Services, Inc.; OneMain Financial Group, LLC*

2

/s/ James M. McKenzie (with permission)
James R. McKenzie
J. Hays Lawson
*Counsel for Plaintiff, Donna Slack*