# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY (LEXINGTON)

| | |
|---|---|
| DONNA SLACK,<br>       Plaintiff,<br><br>       vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION, LLC;<br>GLA COLLECTION CO., INC.;<br>ONE MAIN FINANCIAL SERVICES, INC.;<br>and RESURGENT CAPITAL SERVICES, LP;<br>       Defendants. | CASE NO. 5:17-cv-00303-REW<br>**ELECTRONICALLY FILED**<br><br>Judge Robert E. Wier |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Donna Slack, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: September 11, 2018

*s/James R. McKenzie* (with consent)
J. Hays Lawson, Esq.
James R. McKenzie, Esq.
Credit Defense Attorneys, PLLC
115 South Sherrin Avenue, Suite 4
Louisville, KY  40207
Telephone:  (502) 473-6525
Fax:  (502) 473-6561
E-Mail:  james@consumerlaw.com
          jmckenzie@jmckenzielaw.com

*Counsel for Donna Slack*

Date:  September 11, 2018                           *s/ Christopher A. Ferguson*
William R. Brown, Esq. (IN #26782-48)
Christopher A. Ferguson, Esq.
  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  cferguson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of September, 2018**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| James H. Lawson, Esq. james@kyconsumerlaw.com | James R. McKenzie, Esq. jmckenzie@jmckenzieatty.com |
| John M. Williams, Esq. williams@rwktlaw.com | William E. Smith, III, Esq. wsmith@k-glaw.com |
| Lauren Desiree Lunsford, Esq. llunsford@reminger.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of September, 2018**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Christopher A. Ferguson*
William R. Brown, Esq. (IN #26782-48)
Christopher A. Ferguson, Esq.
  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  cferguson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*