**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY (LEXINGTON)**

---

| | |
|---|---|
| DONNA SLACK,<br>         Plaintiff, | CASE NO. 5:17-cv-00303-REW<br>**ELECTRONICALLY FILED** |
| vs. | Judge Robert E. Wier |
| EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION, LLC;<br>GLA COLLECTION CO., INC.;<br>ONE MAIN FINANCIAL SERVICES, INC.;<br>and RESURGENT CAPITAL SERVICES, LP;<br>         Defendants. | |

---

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN**
**PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff Donna Slack, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Donna Slack against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Donna Slack and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.



Signed By:
Robert E. Wier   9.12.18
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| James H. Lawson, Esq.<br>james@kyconsumerlaw.com | James R. McKenzie, Esq.<br>jmckenzie@jmckenzieatty.com |
| John M. Williams, Esq.<br>williams@rwktlaw.com | William E. Smith, III, Esq.<br>wsmith@k-glaw.com |
| Lauren Desiree Lunsford, Esq.<br>llunsford@reminger.com | William R. Brown, Esq.<br>wbrown@schuckitlaw.com |
| Christopher A. Ferguson, Esq.<br>cferguson@schuckitlaw.com | |